1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  Heather M. Melton (CABN 260870)
   Special Assistant United States Attorney
5
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7200
7      Fax: (415) 436-7234
       E-Mail: heather.melton@usdoj.gov
8
   Attorneys for Plaintiff
9
                  UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,         )   No. 11-71374 MAG
                                     )
14      Plaintiff,                   )
                                     )   STIPULATION AND [PROPOSED]
15   v.                              )   ORDER EXCLUDING TIME
                                     )   FROM DECEMBER 15, 2011 TO
16 ERNEST ORTEGA,                    )   JANUARY 26, 2012
                                     )
17      Defendant.                   )
   _____)
18

19      The parties request and stipulate that, pursuant to Federal Rule of Criminal Procedure

20 (FRCP) 5.1(d), the time limits set forth in FRCP 5.1(c), be tolled and waived from December 15,

21 2011 to January 26, 2012. The parties agree that – taking into account the public interest in

22 prompt disposition of criminal cases – good cause exists for this extension. Defendant also

23 agrees to toll and to waive for this period of time any time limits applicable under Title 18,

24 United States Code, Section 3161, for the effective preparation of both parties.

25 //
26 //
27 //
28 //

STIP. AND PROP. ORDER RE: TIME EXCLUSIONS
11-71374 MAG

Undersigned defense counsel represents that he has spoken with his client, Mr. Ortega and that Mr. Ortega agrees to the continuance and to time being tolled and waived as requested.

**IT IS SO STIPULATED.**

DATED: January 13, 2012

Respectfully submitted,

MELINDA HAAG
United States Attorney

By /s/
HEATHER M. MELTON
Special Assistant U.S. Attorney

DATED: January 13, 2012

BARRY PORTMAN
Federal Public Defender

By /s/
STEVEN KALAR
Attorney for Defendant ORTEGA

**IT IS SO ORDERED.**

DATED: January 23, 2012

HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

STIP. AND PROP. ORDER RE: TIME EXCLUSIONS
11-71374 MAG